UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

UNITED STATES OF AMERICA,

             Plaintiff,

v.

LEE STAFFORD,

             Defendant.

_____/

Case No. 1:97-CR-66-03

Hon. Richard Alan Enslen

**ORDER**

Defendant Lee Stafford has filed a letter motion asking for paper copies of Court documents to be provided to him *in forma pauperis* due to his poverty.  Defendant was convicted by guilty plea and sentenced on February 5, 1998.  He does not state the purpose of receiving the documents, other than to file future unspecified documents with the Court.  It does not appear that a motion under 28 U.S.C. § 2255 would be timely filed given the one-year limitation period.  Further, it does not appear that Defendant is asserting any exception to the one-year limitation period, and the documents, which were known to Defendant prior to his sentencing, do not appear calculated to result in any even possible application of an exception to the one-year limitation period.  Defendant has not made a particularized showing demonstrating a need for the copies.  *See Lucas v. United States,* 423 F.2d 683, 684-85 (6th Cir. 1970).  As such, the request will be denied since its granting would serve no legitimate public purpose and would waste public resources.

       **THEREFORE, IT IS HEREBY ORDERED** that Defendant Lee Stafford's letter motion requesting copies (Dkt. No. 173) is **DENIED**.

DATED in Kalamazoo, MI:
     October 2, 2006

      /s/ Richard Alan Enslen
      RICHARD ALAN ENSLEN
      SENIOR UNITED STATES DISTRICT JUDGE